**Brenna K. Legaard**, OSB #001658
Email: blegaard@schwabe.com
**Jeffrey S. Eden, OSB #851903**
Email: jeden@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Avenue, Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

**Karen G. Johnson-McKewan**, *admitted pro hac vice*
Email: kjohnson-mckewan@orrick.com
**Robert S. Shwarts**, *admitted pro hac vice*
Email:  rshwarts@orrick.com
**Erin M. Connell**, *admitted pro hac vice*
Email: econnell@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2625
Telephone: 415-773-5700
Facsimile: 415-773-5759

**Dorian E. Daley**, *admitted pro hac vice*
Email: dorian.daley@oracle.com
**Deborah K. Miller**, *admitted pro hac vice*
Email: deborah.miller@oracle.com
**Peggy E. Bruggman**, *admitted pro hac vice*
Email: Peggy.bruggman@oracle.com
ORACLE CORPORATION
LEGAL DEPARTMENT
500 Redwood Shores, CA 94065
Telephone:     650-506-9534
Facsimile:     650-506-7114

Attorneys for Oracle America, Inc.

Page 1	UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ORACLE AMERICA, INC.,** a Delaware Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>**THE OREGON HEALTH INSURANCE EXCHANGE CORPORATION, dba COVER OREGON**, an Oregon public corporation; **THE STATE OF OREGON, BY AND THROUGH THE OREGON HEALTH AUTHORITY AND THE OREGON DEPARTMENT OF HUMAN SERVICES,** AND DOES 1-25, INCLUSIVE<br><br>    Defendants. | Case No. 3:14-cv-01279-BR<br><br>**UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE ORACLE'S PENDING STATE LAW CLAIMS** |

LOCAL RULE 7.1 CERTIFICATION

Counsel for Oracle certifies that she conferred telephonically with counsel for defendants, and defendants do not oppose this motion.

MOTION

Oracle America, Inc. hereby moves the Court for an order dismissing without prejudice Oracle's claims against Cover Oregon for Breach of Contract, Breach of the Implied Covenant of Good Faith and Fair Dealing, and *Quantum Meruit*, as these claims are now pending as counterclaims in *Rosenblum, et al. v. Oracle, et al.*, Case No. 14C20043 (Circuit Court of Oregon, Marion County).

This Motion renders moot Cover Oregon's Pending Motion to Dismiss Oracle's State Law Claims, ECF No. 118.

Respectfully submitted,

Dated: May 11, 2015            By: /s/ Brenna K. Legaard
                                   **Brenna K. Legaard, OSB #001658**
                                   Email: blegaard@schwabe.com
                                   **Jeffrey S. Eden, OSB #851903**
                                   Email: jeden@schwabe.com
                                   SCHWABE, WILLIAMSON & WYATT, P.C.
                                   1211 SW 5th Avenue, Suite 1900
                                   Portland, OR  97204
                                   Telephone: 503-222-9981
                                   Facsimile: 503-796-2900

                                   *Attorneys for Plaintiff*
                                   Oracle America, Inc.