ELLEN F. ROSENBLUM
Attorney General
PAUL SMITH
Deputy Solicitor General
DENISE G. FJORDBECK
Attorney-in-Charge
Civil/Administrative Appeals
ROLF MOAN
Senior Assistant Attorney General
Department of Justice
1162 Court Street N.E.
Salem, Oregon 97301-4096
Telephone: (503) 378-4402
Attorneys for Defendant-Appellant
The State of Oregon, by and through
the Department of Consumer and
Business Services, successor to the
Interest of and substitute party for
The Oregon Health Insurance Exchange,
dba Cover Oregon, the Oregon Health
Authority; and the Oregon Department
of Human Services

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware Corporation, | USDC No: 3:14-cv-01279-BR |
| Plaintiff-Appellee, | USCA No.: _____ |
| v. | |
| THE OREGON HEALTH INSURANCE EXCHANGE CORPORATION, dba COVER OREGON, an Oregon Limited Liability Corporation, and THE STATE OF OREGON, BY AND THROUGH THE OREGON HEALTH AUTHORITY AND THE OREGON DEPARTMENT OF HUMAN SERVICES, | NOTICE OF APPEAL |
| Defendant-Appellant. | |

Notice is hereby given that defendant the State of Oregon, by and

Page 1 -   NOTICE OF APPEAL
          DGF:rr4/6998164

Department of Justice
**Error! Unknown document property name.
Error! Unknown document property name.**, **Error! Unknown document property name. Error! Unknown document property name.
Error! Unknown document property name.**

through the Department of Consumer and Business Services, successor to and substitute party for the Oregon Health Insurance Exchange, dba Cover Oregon; the Oregon Health Authority; and the Oregon Department of Human Services hereby appeals to the United States Court of Appeals for the Ninth Circuit from the opinion and order entered on November 18, 2015, by the Honorable Anna J. Brown, in and for the United States District Court for the District of Oregon. Defendant the State of Oregon, by and through the Oregon Health Authority and the Oregon Department of Human Services' Mediation Questionnaire, with the requisite attachments, accompanies this Notice of Appeal as required by Circuit Rule 3-4.

Respectfully submitted,

s/ Denise G. Fjordbeck
DENISE G. FJORDBECK, #822578
Attorney-in-Charge
Civil/Administrative Appeals
denise.fjordbeck@doj.state.or.us
ROLF MOAN
Senior Assistant Attorney General
rolf.moan@doj.state.or.us

Attorneys for Defendant-Appellant
The State of Oregon,
by and through the Department of
Consumer and Business Services, the
Oregon Health Authority and the
Oregon Department of Human
Services

Page 2 -   NOTICE OF APPEAL
DGF:rr4/6998164

Department of Justice
Error! Unknown document property name.
Error! Unknown document property name., Error! Unknown document property name. Error! Unknown document property name. Error! Unknown document property name.