**Milo Petranovich**, OSB No. 813376
petranovichm@lanepowell.com
**Pilar C. French**, OSB No. 962880
frenchp@lanepowell.com
**LANE POWELL** PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2114
Facsimile: 503.778.2200

**Karen G. Johnson-McKewan**, *Admitted pro hac vice*
kjohnson-mckewan@orrick.com
**Robert S. Shwarts**, *Admitted pro hac vice*
rshwarts@orrick.com
**Erin M. Connell**, *Admitted pro hac vice*
econnell@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2625
Telephone: 415.773.5700
Facsimile: 415.773.5759

[See additional attorneys listed immediately following signature page]

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ORACLE AMERICA, INC.**, a Delaware Corporation,<br><br>            Plaintiff,<br><br>v.<br><br>**THE OREGON HEALTH INSURANCE EXCHANGE CORPORATION, dba COVER OREGON**, an Oregon Limited Liability Corporation; **THE STATE OF OREGON, BY AND THROUGH THE OREGON HEALTH AUTHORITY AND THE OREGON DEPARTMENT OF HUMAN SERVICES,** and **DOES 1-25, INCLUSIVE,**<br><br>            Defendants. | Case No. 3:14-cv-01279-BR<br><br>STIPULATED FRCP 54(B) JUDGMENT AS TO PLAINTIFF ORACLE AMERICA, INC.'S CLAIMS AGAINST DEFENDANT THE OREGON HEALTH INSURANCE EXCHANGE CORPORATION DBA COVER OREGON AND ITS SUCCESSOR DCBS |

PAGE 1 -   STIPULATED FRCP 54(B) JUDGMENT AS TO ORACLE'S CLAIMS AGAINST THE OREGON HEALTH INSURANCE CORPORATION, ETC.

Based on this Court's Opinion and Order Granting the Motion for Judgment on the Pleadings filed by the State, by and through the Department of Consumer and Business Services ("DCBS") (ECF No. 156), this Court finds there is no just reason for delaying entry of judgment in favor of DCBS in this case. Therefore, pursuant to Fed. R. Civ. P. 54(b),

IT IS ORDERED AND ADJUDGED that Oracle's claim for copyright infringement against Defendant the State of Oregon, by and through DCBS, is hereby dismissed, and judgment entered in favor of DCBS.

DATED this 14th day of December 2015.

_____
ANNA J. BROWN
United States District Judge

IT IS SO STIPULATED AS TO FORM BY:

LANE POWELL PC

By: /s/ Milo Petranovich
   Milo Petranovich, OSB No. 813376
   Pilar C. French, OSB No. 962880
   Telephone: 503.778.2100

ORRICK, HERRINGTON & SUTCLIFFE LLP
Karen G. Johnson-McKewan, *admitted pro hac vice*
Robert S. Shwarts, *admitted pro hac vice*
Erin M. Connell, *admitted pro hac vice*
Telephone: 415.773.5700

*Attorneys for Plaintiff*

ELLEN ROSENBLUM, ATTORNEY GENERAL FOR THE STATE OF OREGON

By: /s/ David B. Markowitz
   David B. Markowitz, OSB No. 742046
   Lisa A. Kaner, OSB No. 881373
   Harry Wilson, OSB No. 077214
   Dallas S. DeLuca, OSB No. 072992
   Telephone: 503.295.3085

On Behalf of Oregon Attorney General Ellen Rosenblum

*Special Assistant Attorneys General for Defendant the State of Oregon, by and through the Department of Consumer and Business Services (successor to and substitute party for the Oregon Health Insurance Exchange, dba Cover Oregon), the Oregon Health Authority and the Oregon Department of Human Services*

PAGE 2 -  STIPULATED FRCP 54(B) JUDGMENT AS TO ORACLE'S CLAIMS AGAINST THE OREGON HEALTH INSURANCE CORPORATION, ETC.

| Additional Plaintiff's Counsel: | Additional Defendant's Counsel: |
|---|---|
| **Dorian E. Daley**, *admitted pro hac vice*<br>dorian.daley@oracle.com<br>**Deborah K. Miller**, *admitted pro hac vice*<br>deborah.miller@oracle.com<br>**Peggy E. Bruggman**, *admitted pro hac vice*<br>Peggy.bruggman@oracle.com<br>**ORACLE CORPORATION**<br>**LEGAL DEPARTMENT**<br>500 Redwood Shores, CA 94065<br>Telephone: 650.506.9534<br>Facsimile: 650.506.7114<br><br>**Brenna K. Legaard**, OSB No. 001658<br>blegaard@schwabe.com<br>**Jeffery S. Eden**, OSB No. 851903<br>jeden@schwabe.com<br>**SCHWABE, WILLIAMSON & WYATT, P.C.**<br>1211 SW 5th Avenue, Suite 1900<br>Portland, OR 97204<br>Telephone: 503.222.9981<br>Facsimile: 503.796-2900 | **Denise G. Fjordbeck**, OSB No. 822578<br>denise.fjordbeck@doj.state.or.us<br>Attorney-in-Charge<br>Civil/Administrative Appeals<br>**OREGON DEPARTMENT OF JUSTICE** |

PAGE 3 -   STIPULATED FRCP 54(B) JUDGMENT AS TO ORACLE'S CLAIMS AGAINST THE OREGON HEALTH INSURANCE CORPORATION, ETC.

710118.0005/6505023.1

**LANE POWELL** PC
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100  FAX: 503.778.2200